CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 15 2011

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| LARRY RICHARDSON, | ) | Civil Action No. 7:10-cv-00023 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner, Social Security | ) | |
| Administration, | ) | |
| | ) | By: James C. Turk |
| Defendant. | ) | Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the Magistrate Judge's Report and Recommendation is **ADOPTED**, the Commissioner's objections to the Report and Recommendation are **OVERRULED**, the Plaintiff's Motion for Summary Judgment is **GRANTED**, this case is **REMANDED** to the Commissioner and is **STRICKEN** from the active docket of the Court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTER:    This 15th day of September, 2011.

/s/ James C. Turk

Senior United States District Judge

11